## William M. McCauley, Appellee, v. Charles E. Paden et al., Appellants.

### Gen. No. 45,012.

Heard in the first division, first district, this court at the December term, 1949. Eugene C. O'Reilly, for appellant; Wachowski & Benda, for appellee; Francis J. Benda, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed June 5, 1950; released for publication June 26, 1950.